*Julia Basile*     Plaintiff(s)/Petitioner(s)
vs
*Arlene Valentine, Individually, Traci L. Horwedel, Individually, Walter Spagnola, Individually, etal.*     Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

_____, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on **Aug 21-2008** at **3:45 P** M at **200 Southern Blvd Albany, N.Y.** deponent (did) did not) serve the within Summons, First Amended Complaint and Electronic Filing Rules on: **Arlene Valentine**, Defendant (herein called recipient) therein named.

#1 INDIVIDUAL ☐ — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP. ☐ — A _____ corporation, by delivering thereat a true copy of each to _____ personally; deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

#3 SUITABLE AGE PERSON ☒ — By delivering a true copy of each to **Roy Anunziatta (Office Manager)** a person of suitable age and discretion. Said premises is recipient's ☒ actual place of business [ ] dwelling house (usual place of abode) within the state

#4 AFFIXING TO DOOR ☐ — By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#5 MAILING COPY ☒ — On **Aug 22-2008** deponent completed service under the last two sections by depositing a copy of the **same as above** to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the **21st** day of **Aug 2008** at **3:45 pm**
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

#6 NON-SERVICE ☐ — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other

#7 DESCRIPTION ☒ (use with #1, 2 or 3) — A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex **F** Color of skin **White** Color of hair **Blonde** Approx.Age **40-50** Approx.Height **5'9** Approx. weight **170** Other **glasses**

#8 WIT. FEES ☐ — $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this _____ day of **August, 2008**

_____     **Paul D Jones**
NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

Invoice-Work Order # 0816037
ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207

STATE OF NEW YORK                SOUTHERN DIST. COUNTY
DOCUMENTS SERVED WITH INDEX # 08 CIV. 7264   AND FILED ON AUGUST 15, 2008                 U. S. DISTRICT COURT
ATTORNEY(S) Lovett & Gould, Esqs.

*Julia Basile*                                                                                                  Plaintiff(s)/Petitioner(s)
vs
*Arlene Valentine, Individually, Traci L. Horwedel, Individually, Walter Spagnola, Individually, etal.*          Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

_____, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on **Aug 21-2008** at **3:45 P M** at **200 Southern Blvd Albany, N.Y.** deponent (did, did not) serve the within Summons, First Amended Complaint and Electronic Filing Rules

on: Traci L. Horwedel , Defendant (herein called recipient) therein named.

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** ☐ A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof;

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone; (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** ☒ By delivering a true copy of each to **Peg Anonziatta (office manager)** a person of suitable age and discretion. Said premises is recipient's [X] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** ☒ On **Aug 22- 2008** deponent completed service under the last two sections by depositing a copy of the **Same as Above** to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the **21st** day of **Aug 2008** at **3:45pm**
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other

**#7 DESCRIPTION** ☒ A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex **F** Color of skin **White** Color of hair **Blonde** Approx. Age **40-50** Approx. Height **5'4** Approx. weight **170** Other **glasses**

**#8 WIT. FEES** ☐ $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
_____ day of August 2008
_____
Notary Public

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

*Paul D. Jones* (signature)

Invoice·Work Order # 0816041

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.7264        AND FILED ON        8/15/2008

| JULIA BASILE | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| ARLENE VALENTINE, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 8/25/2008 at 11:10AM, deponent did serve the within process as follows:

Process Served: SUMMONS, AMENDED COMPLAINT AND ELECTRONIC FILING RULES
Party Served: WALTER SPAGNOLA                                          (herein called recipient)
At Location: THRUWAY AUTHORITY                                         therein named.
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with STEVEN PRYOR, CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 8/26/08, deponent completed service by depositing a copy of the SUMMONS, AMENDED COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M    Color of Skin: BLACK    Color of Hair: BALD
Age: 35/45   Height: 5'10"   Weight: 200
Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 8/26/2008

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod (signature)

Server's License#:

STATE OF NEW YORK  SOUTHERN DIST. COUNTY  U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 08 CIV. 7264   AND FILED ON AUGUST 15, 2008
ATTORNEY(S) Lovett & Gould, Esqs.

*Julia Basile*  Plaintiff(s)/Petitioner(s)
vs
*Arlene Valentine, Individually, Traci L. Horwedel, Individually, Walter Spagnola, Individually, etal.*  Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

_____, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on **Aug 21-2008** at **3:45 PM** at **200 Southern Blvd Albany, N.Y.** deponent (did)/did not serve the within Summons, First Amended Complaint and Electronic Filing Rules

on: **Ramesh Meheta**, Defendant (herein called recipient) therein named.

#1 INDIVIDUAL ☐  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP. ☐  A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

#3 SUITABLE AGE PERSON ☒  By delivering a true copy of each to **Peg Anunziatta (Office Manager)** a person of suitable age and discretion. Said premises is recipient's ☒ actual place of business [ ] dwelling house (usual place of abode) within the state

#4 AFFIXING TO DOOR ☐  By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#5 MAILING COPY ☒  On **Aug 22-2008** deponent completed service under the last two sections by depositing a copy of the **Same As Above** to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the **21st** day of **Aug 2008** at **3:45 pm**
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____

#6 NON-SERVICE ☐  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other

#7 DESCRIPTION ☒ (use with #1, 2 or 3)  A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex **F**  Color of skin **White**  Color of hair **Blonde**  Approx. Age **40-50**  Approx. Height **5'9**  Approx. weight **170**  Other **glasses**

#8 WIT. FEES ☐  $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
____ day of August 2008

_____
Notary Public

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

Paul D. Jones

Invoice-Work Order # 0816042

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207

STATE OF NEW YORK : SOUTHERN DIST. COUNTY  U.S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 08 CIV. 7264 AND FILED ON AUGUST 15, 2008
ATTORNEY(S) Lovett & Gould, Esqs.

*Julia Basile* Plaintiff(s)/Petitioner(s)
vs
*Arlene Valentine, Individually, Traci L. Horwedel, Individually, Walter Spagnola, Individually, etal.* Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

_____, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on **Aug 21-2008** at **3:45 P** M at **200 Southern Blvd Albany, N.Y** deponent (did / did not) serve the within Summons, First Amended Complaint and Electronic Filing Rules on: **John L. Bruno**, Defendant (herein called recipient) therein named.

#1 INDIVIDUAL ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP. ☐ A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

#3 SUITABLE AGE PERSON ☒ By delivering a true copy of each to **Peg Annunziatta (Office Manager)** a person of suitable age and discretion. Said premises is recipient's [☒] actual place of business [ ] dwelling house (usual place of abode) within the state

#4 AFFIXING TO DOOR ☐ By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#5 MAILING COPY ☒ On **Aug 22-2008** deponent completed service under the last two sections by depositing a copy of the **Same As Above** to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the **21st** day of **Aug 2008** at **3:45pm**
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

#6 NON-SERVICE ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other

#7 DESCRIPTION ☒ (use with #1, 2 or 3) A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex **F** Color of skin **White** Color of hair **Blonde** Approx. Age **40-50** Approx. Height **5'9** Approx. weight **130** Other **Glasses**

#8 WIT. FEES ☐ $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this ___ day of August, 2008

Notary Public

*Paul D Jones*

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

Invoice-Work Order # 0816043

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207

STATE OF NEW YORK  SOUTHERN DIST. COUNTY  U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 08 CIV. 7264  AND FILED ON AUGUST 15, 2008
ATTORNEY(S) Lovett & Gould, Esqs.

*Julia Basile*  Plaintiff(s)/Petitioner(s)
vs
*Arlene Valentine, Individually, Traci L. Horwedel, Individually, Walter Spagnola, Individually, et al.*  Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

_____, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on **Aug 21-2008** at **3:45 PM** at **200 Southern Blvd Albany, N.Y.** deponent (did) did not serve the within Summons, First Amended Complaint and Electronic Filing Rules on: **Michael R. Fleischer**, Defendant (herein called recipient) therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP. [ ] A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

#3 SUITABLE AGE PERSON [X] By delivering a true copy of each to **Peg Anunziatta (Office Manager)** a person of suitable age and discretion. Said premises is recipient's [X] actual place of business [ ] dwelling house (usual place of abode) within the state

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#5 MAILING COPY [ ] On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the **21st** day of **Aug 2008** at **3:45 pm**
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

#6 NON-SERVICE [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other

#7 DESCRIPTION [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex **F** Color of skin **white** Color of hair **blonde** Approx. Age **40-50** Approx. Height **5'9** Approx. weight **170** Other **glasses**

#8 WIT. FEES [ ] $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this ___ day of **August 2008**
Notary Public
NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

Paul D Jones

Invoice-Work Order # 0816044
ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207

STATE OF NEW YORK       SOUTHERN DIST. COUNTY            U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 08 CIV. 7264    AND FILED ON AUGUST 15, 2008
ATTORNEY(S) Lovett & Gould, Esqs.

*Julia Basile*                                                                Plaintiff(s)/Petitioner(s)
                                       vs

*Arlene Valentine, Individually, Traci L. Horwedel, Individually, Walter Spagnola, Individually, etal.*    Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

_____, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on __Aug 21-2008__ at __3:45__ P M at __200 Southern Blvd Albany, N.Y__ deponent (did)/did not serve the within Summons, First Amended Complaint and Electronic Filing Rules

on: __New York State Thruway Authority__, Defendant (herein called recipient) therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [X]  A __XXX__ corporation, by delivering thereat a true copy of each to __Peg Anunziatta__ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be __Office Manager, Legal Dep__ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person; including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** [ ]  On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the __21st__ day of __Aug 2008__ at __3:45 pm__
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other

**#7 DESCRIPTION** [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex __F__  Color of skin __White__  Color of hair __Blonde__  Approx. Age __40-50__  Approx. Height __5'7__  Approx. weight __glasses__  Other _____

**#8 WIT. FEES** [ ]  $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this ___ day of __August 2008__

Notary Public

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

                                                           Invoice-Work Order # 0816046
ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207