STATE OF NEW YORK                     SOUTHERN DIST. COUNTY                                    U. C. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX #  08 CIV. 7264        AND FILED ON  AUGUST 15, 2008
ATTORNEY(S) Lovett & Gould, Esqs.

---

*Julia Basile*

*vs*                                                                                  Plaintiff(s)/Petitioner(s)

*Arlene Valentine, Individually, Traci L. Horwedel, Individually, Walter Spagnola, Individually, etal.*       Defendant(s)/Respondent(s)

---

STATE OF NEW YORK: COUNTY OF   ALBANY                                    , SS.::

_____ , being duly sworn deposes and says deponent is not a party herein,
is over the age of eighteen years and resides in the State of New York. That on  *Aug 21-2008*  at  *3:45*  ⏚ M
at *200 SoutheRN Blvd AlbaNy, N.Y*                                   deponen((did) did not) serve the within
Summons, First Amended Complaint        and Electronic Filing Rules
on: _____ Arlene Valentine _____ ,  _____Defendant_____  (herein called recipient) therein named.

**#1 INDIVIDUAL**  ☐   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.**  ☐   A _____ corporation, by delivering thereat a true copy of each to _____ personally; deponent knew said corporation so served to be the corporation; described in same as said  recipient and knew said individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON**  ☒   By delivering a true copy of each to *Peg ANUNZIAttA  (OFFice mANAgER)* a person of suitable age and discretion. Said premises is recipient's ☒ actual place of business   [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR**  ☐   By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY**  ☒   On *Aug 22-2008* _____ deponent completed service under the last two sections by depositing a copy of the _____ *SAme  AS  Above* _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the __*21 st*__ day of *Aug 2008* _____ at *3:45 pm* _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE**  ☐   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address  [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist  [ ] Other

**#7 DESCRIPTION**  ☒   A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
(use with #1, 2 or 3)   Sex *F*   Color of skin *WHite*   Color of hair *Blonde*  Approx. Age *40-50*   Approx. Height *5'4*  Approx.
weight *170*    Other *glasses*

**#8 WIT. FEES**  ☐   $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
*22nd* day of *August, 2008*                                                          *Paul D Jones*
_____
Notary Public

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

Invoice Work Order # 0816037

**ALEXANDER, POOLE & CO., INC.** • **11 NORTH PEARL STREET** • **ALBANY, NEW YORK, 12207**

STATE OF NEW YORK    SOUTHERN DIST. COUNTY

DOCUMENTS SERVED WITH INDEX # 08 CIV. 7264    AND FILED ON AUGUST 15, 2008

ATTORNEY(S) Lovett & Gould, Esqs.

U. S. DISTRICT COURT

---

*Julia Basile*

*vs*

Plaintiff(s)/Petitioner(s)

*Arlene Valentine, Individually, Traci L. Horwedel, Individually, Walter Spagnola, Individually, etal.*    Defendant(s)/Respondent(s)

---

STATE OF NEW YORK: COUNTY OF  ALBANY                    , SS.:

_____ , being duly sworn deposes and says deponent is not a party herein,
is over the age of eighteen years and resides in the State of New York. That on  *Aug 21- 2008*  at  *3:45*  ₱ M
at  *200 Southern Blvd  Albany, N.Y*                    deponent (did, did not) serve the within
Summons, First Amended Complaint        and Electronic Filing Rules

on:                    Traci L. Horwedel                    ,    Defendant    (herein called recipient) therein named.

**#1 INDIVIDUAL** ☐    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** ☐    A _____ corporation, by delivering thereat a true copy of each to _____
personally, deponent knew said corporation so served to be the corporation, described in same as said  recipient and knew said individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone; (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** ☒    By delivering a true copy of each to *Peg Anunziatta (office manager)* a person of suitable age and discretion. Said premises is recipient's [☒] actual place of business    [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** ☐    By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** ☒    On *Aug 22- 2008* _____ deponent completed service under the last two sections by depositing a copy of the  *Same As Above* _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:

on the  *21st*  day of  *Aug 2008*    at  *3:45 pm*
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** ☐    After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address   [ ] Evading    [ ] Moved left no forwarding    [ ] Address does not exist  [ ] Other

**#7 DESCRIPTION** ☒
(use with #1, 2 or 3)    A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex *F*  Color of skin *White*  Color of hair *Blonde*  Approx. Age *40-50* , Approx. Height *5'9* , Approx.
weight *170*    Other  *glasses*

**#8 WIT. FEES** ☐    $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this

_____ day of *August 2008*

_____
Notary Public

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

*Paul D. Jones*

Invoice·Work Order # 0816041

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.7264   AND FILED ON   8/15/2008

JULIA BASILE

Vs.   Plaintiff(s)/Petitioner(s)

ARLENE VALENTINE, ET AL   Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
                     ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On 8/25/2008 at 11:10AM, deponent did serve the within process as follows:

Process Served: SUMMONS, AMENDED COMPLAINT AND ELECTRONIC FILING RULES
Party Served: WALTER SPAGNOLA                    (herein called recipient)
At Location: THRUWAY AUTHORITY                   therein named.
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with STEVEN PRYOR, CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 8/26/08, deponent completed service by depositing a copy of the SUMMONS, AMENDED COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M   Color of Skin BLACK   Color of Hair BALD
Age 35/45   Height 5'10"   Weight 200
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 8/26/2008

Gail Williams
John Axelrod

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Server's License#:

STATE OF NEW YORK
DOCUMENTS SERVED WITH INDEX # 08 CIV. 7264    AND FILED ON  AUGUST 15, 2008
ATTORNEY(S) Lovett & Gould, Esqs.

SOUTHERN DIST. COUNTY

U. S. DISTRICT COURT

*Julia Basile*

vs

Plaintiff(s)/Petitioner(s)

*Arlene Valentine, Individually, Traci L. Horwedel, Individually, Walter Spagnola, Individually, etal.*    Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF  ALBANY    , SS.:

_____ , being duly sworn deposes and says deponent is not a party herein,
is over the age of eighteen years and resides in the State of New York. That on _Aug 21-2008_ at _3 45_ PM
at _200 Southern Blvd Albany, N.Y._ deponent (did/did not) serve the within
Summons, First Amended Complaint    and Electronic Filing Rules
on: _____ Ramesh Meheta _____ ,    Defendant    (herein called recipient) therein named.

**#1 INDIVIDUAL**
☐

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.**
☐

A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON**
☒

By delivering a true copy of each to _Peg Anunziatta (Office Manager)_ a person of suitable age and discretion. Said premises is recipient's ☒ actual place of business    [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR**
☐

By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY**
☒

On _Aug 22-2008_ deponent completed service under the last two sections by depositing a copy of the
_Same As Above_
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the _21st_ day of _Aug 2008_ at _3:45 pm_
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE**
☐

After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address  [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist  [ ] Other

**#7 DESCRIPTION**
☒
(use with #1, 2 or 3)

A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex _F_ Color of skin _White_ Color of hair _Blonde_ Approx.Age _40-50_ Approx.Height _5'4_ Approx.
weight _170_ Other _glasses_

**#8 WIT. FEES**
☐

$ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
_____ day of _August 2008_

Notary Public

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

_Paul D. Jones_

Invoice·Work Order # 0816042

**ALEXANDER, POOLE & CO., INC.** • **11 NORTH PEARL STREET** • **ALBANY, NEW YORK, 12207**

STATE OF NEW YORK
DOCUMENTS SERVED WITH INDEX # 08 CIV. 7264
ATTORNEY(S) Lovett & Gould, Esqs.

SOUTHERN DIST. COUNTY
AND FILED ON AUGUST 15, 2008

U. S. DISTRICT COURT

*Julia Basile*

vs

Plaintiff(s)/Petitioner(s)

*Arlene Valentine, Individually, Traci L. Horwedel, Individually, Walter Spagnola, Individually, etal.*   Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF  ALBANY                                   , SS.:

_____ , being duly sworn deposes and says deponent is not a party herein,
is over the age of eighteen years and resides in the State of New York. That on *Aug 21-2008* at *3:45* p M
at *200 Southern Blvd Albany, N.Y.* deponent (did) did not) serve the within
Summons, First Amended Complaint     and Electronic Filing Rules

on: _____ John L. Bruno _____ , _____ Defendant _____ (herein called recipient) therein named.

**#1 INDIVIDUAL**
☐
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.**
☐
A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON**
☒
By delivering a true copy of each to *Peg Annunziatta (Office Manager)* a person of suitable age and discretion. Said premises is recipient's ☒ actual place of business     [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR**
☐
By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY**
☒
On *Aug 22-2008* deponent completed service under the last two sections by depositing a copy of the *Same As Above*
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the *21st* day of *Aug 2008* at *3:45pm*
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE**
☐
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other

**#7 DESCRIPTION**
☒
(use with #1, 2 or 3)
A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex *F* Color of skin *White* Color of hair *Blonde* Approx. Age *40-50* Approx. Height *5'9* Approx.
weight *130* Other *glasses*

**#8 WIT. FEES**
☐
$ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this

_____ day of _____ , 2008

_____
Notary Public

*Paul D Jones*

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

Invoice-Work Order # 0816043

**ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207**

STATE OF NEW YORK
DOCUMENTS SERVED WITH INDEX # 08 CIV. 7264    AND FILED ON AUGUST 15, 2008
ATTORNEY(S) Lovett & Gould, Esqs.

SOUTHERN DIST. COUNTY

U. S. DISTRICT COURT

Julia Basile
vs

Plaintiff(s)/Petitioner(s)

Arlene Valentine, Individually, Traci L. Horwedel, Individually, Walter Spagnola, Individually, etal.    Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF   ALBANY                              , SS.:

_____, being duly sworn deposes and says deponent is not a party herein,
is over the age of eighteen years and resides in the State of New York. That on _Aug 21-2008_ at _3:45_ PM
at _2cc Southern Blvd Albany, N.Y_ deponent (did) did not) serve the within
Summons, First Amended Complaint    and Electronic Filing Rules
on: _____ Michael R. Fleischer _____ , _____ Defendant _____ (herein called recipient) therein named.

**#1 INDIVIDUAL**
[ ]
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.**
[ ]
A _____ corporation, by delivering thereat a true copy of each to _____
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said
individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON**
[X]
By delivering a true copy of each to _Reg Anunziatta (office manager)_ a person of suitable age and discretion. Said premises is recipient's [X] actual place of business    [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR**
[ ]
By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY**
[ ]
On _____ deponent completed service under the last two sections by depositing a copy of the _____
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the _21st_ day of _Aug 2008_ at _3:45 pm_
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE**
[ ]
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other

**#7 DESCRIPTION**
[X]
(use with #1, 2 or 3)
A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex _F_  Color of skin _white_  Color of hair _Blonde_  Approx. Age _40-50_  Approx. Height _5'9_  Approx.
weight _170_  Other _glasses_

**#8 WIT. FEES**
[ ]
$_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
_____ day of _August 2008_

_____
Notary Public

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

_Paul D Jones_

Invoice-Work Order # 0816044

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207

STATE OF NEW YORK                    SOUTHERN DIST. COUNTY                U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 08 CIV. 7264     AND FILED ON  AUGUST 15, 2008
ATTORNEY(S) Lovett & Gould, Esqs.

_____

*Julia Basile*                                                                    Plaintiff(s)/Petitioner(s)

*vs*

*Arlene Valentine, Individually, Traci L. Horwedel, Individually, Walter Spagnola, Individually, etal.*     Defendant(s)/Respondent(s)

_____

STATE OF NEW YORK: COUNTY OF  ALBANY                          , SS.:

_____ , being duly sworn deposes and says deponent is not a party herein,

is over the age of eighteen years and resides in the State of New York. That on _Aug 21-2008_ at _3:45_ p M

at _200 SoutherN Blvd  AlbANy, N.Y_ _____ deponent (did) did not) serve the within

Summons, First Amended Complaint         and Electronic Filing Rules

on: _____ New York State Thruway Authority _____ , Defendant _____ (herein called recipient) therein named.

**#1 INDIVIDUAL** ☐   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** ☒   A _XXX_____ corporation, by delivering thereat a true copy of each to _Peg ANuNziAttA_ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _Office mANagER  LegAl Dep_ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** ☐   By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's  [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** ☐   By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** ☐   On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the _21 st_ day of _Aug 2008_ at _3:45pm_
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** ☐   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other

**#7 DESCRIPTION** ☒   A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
(use with #1, 2 or 3)   Sex _F_   Color of skin _white_   Color of hair _Blonde_   Approx.Age _40-50_   Approx.Height _5'9_   Approx.
weight _glasses_   Other _____

**#8 WIT. FEES** ☐   $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
_____ day of _August 2008_

_____
Notary Public

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

_____
(signature)

Invoice-Work Order # 0816046

**ALEXANDER, POOLE & CO., INC.** • **11 NORTH PEARL STREET** • **ALBANY, NEW YORK, 12207**